# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloch, Alan N. | USDC/WDPA | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Suite 8370
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Emeritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 10-3-2018 to 10-5-2018 | Farmington, PA | Attend the Annual Retreat | Room and meals |
| 2. | Aspen Institute | 7-20-2018 to 7-22-2018 | Queenstown, MD | Attend educational seminar | Room and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Philadelphia PA Gas Works Bond (12th Series) | A | Interest | J | T | | | | | |
| 2. | Philadelphia PA School District | B | Interest | L | T | | | | | |
| 3. | Mars PA School District Bond | A | Interest | | | Redeemed | 06/01/18 | J | | |
| 4. | Erie PA Water Authority Unref. Bond | A | Interest | | | Redeemed | 12/03/18 | J | | |
| 5. | PA State Turnpike Commission Bond | A | Interest | | | Redeemed | 06/01/18 | J | A | |
| 6. | West Mifflin PA Area School District Bond | A | Interest | | | Redeemed | 10/01/18 | J | | |
| 7. | Erie PA Water Authority Preref. Bond | A | Interest | | | Redeemed | 12/03/18 | K | | |
| 8. | Reading PA School District Bond | A | Interest | | | Redeemed | 09/04/18 | K | | |
| 9. | Coatesville PA Area School District Bond | A | Interest | J | T | | | | | |
| 10. | Interest-PNC Bank- Checking; Virginia Manor Shops, Pgh. | A | Interest | L | T | | | | | |
| 11. | Vanguard PA Insured Tax Free Fund | B | Dividend | L | T | | | | | |
| 12. | First Eagle FDS, Inc. | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 13. | -- | | | | | Sold (part) | 10/02/18 | J | A | |
| 14. | Harris Assoc. (Oakmark Equity and Income Fund) | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 15. | -- | | | | | Sold (part) | 10/02/18 | J | A | |
| 16. | Hotchkis & Wiley FDS | A | Dividend | J | T | Sold (part) | 09/17/18 | J | A | |
| 17. | -- | | | | | Sold (part) | 10/02/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Oppenheimer Dev. Markets | A | Dividend | J | T | Buy<br>(add'l) | 09/17/18 | J | | |
| 19. -- | | | | | Sold<br>(part) | 10/02/18 | J | A | |
| 20. Parnassus | A | Dividend | J | T | Sold<br>(part) | 09/13/18 | J | A | |
| 21. -- | | | | | Sold<br>(part) | 09/17/18 | J | A | |
| 22. -- | | | | | Sold<br>(part) | 10/02/18 | J | A | |
| 23. Pimco Invt. Grade Corp. Class I | A | Dividend | J | T | Buy<br>(add'l) | 09/17/18 | J | | |
| 24. -- | | | | | Sold<br>(part) | 10/02/18 | J | | |
| 25. Royce FD | A | Dividend | J | T | Sold<br>(part) | 01/12/18 | J | | |
| 26. -- | | | | | Sold<br>(part) | 09/17/18 | J | | |
| 27. -- | | | | | Sold<br>(part) | 10/02/18 | J | | |
| 28. Sunamerica Ser. Inc. (AIG Focused Dividend Strategy) | A | Dividend | J | T | Sold<br>(part) | 09/17/18 | J | A | |
| 29. -- | | | | | Sold<br>(part) | 10/02/18 | J | A | |
| 30. FPA FDS | A | Dividend | J | T | Buy<br>(add'l) | 09/17/18 | J | | |
| 31. -- | | | | | Sold<br>(part) | 10/02/18 | J | A | |
| 32. Van Eck FDS (International Invs. Gold) | A | Dividend | J | T | Buy<br>(add'l) | 09/17/18 | J | | |
| 33. -- | | | | | Sold<br>(part) | 10/02/18 | J | A | |
| 34. AMG Funds (Yacktman Focused Fund) | A | Dividend | J | T | Sold<br>(part) | 04/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- | | | | | Sold (part) | 09/17/18 | J | | |
| 36. -- | | | | | Sold (part) | 10/02/18 | J | | |
| 37. Vanguard Wellesley Income Fd. | A | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 38. -- | | | | | Sold (part) | 10/02/18 | J | A | |
| 39. -- | | | | | Sold (part) | 10/12/18 | J | A | |
| 40. AT&T Inc. | A | Dividend | J | T | Sold (part) | 11/30/18 | K | | |
| 41. Analog Devices Inc. | A | Dividend | J | T | Buy (add'l) | 10/24/18 | J | | |
| 42. Chubb Ltd. (f/k/a Ace Ltd.) | A | Dividend | J | T | | | | | |
| 43. Altria Group, Inc. | A | Dividend | | | Sold (part) | 01/08/18 | J | A | |
| 44. -- | | | | | Sold | 11/30/18 | K | | |
| 45. American Electric Power, Inc. | A | Dividend | J | T | | | | | |
| 46. American Tower Corp. | A | Dividend | J | T | | | | | |
| 47. Anheuser-Busch Imbev. | A | Dividend | | | Sold | 11/30/18 | J | | |
| 48. Apple Inc. | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |
| 49. Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 50. BCE Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 51. -- | | | | | Sold (part) | 04/05/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -- | | | | | Sold<br>(part) | 04/19/18 | J | A | |
| 53. BP PLC | A | Dividend | J | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 54. -- | | | | | Buy<br>(add'l) | 03/21/18 | J | | |
| 55. -- | | | | | Buy<br>(add'l) | 09/20/18 | J | | |
| 56. Bank NY/Mellon Corp. | A | Dividend | J | T | | | | | |
| 57. CH Robinson Worldwide Inc. | A | Dividend | | | Sold | 01/26/18 | J | B | |
| 58. Chevron Corp. | B | Dividend | K | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 59. Coca-Cola Co. | A | Dividend | K | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 60. -- | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 61. Colgate-Palmolive Co. | A | Dividend | J | T | Sold<br>(part) | 11/30/18 | J | | |
| 62. -- | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 63. Comcast Corp. | A | Dividend | J | T | Buy<br>(add'l) | 03/28/18 | J | | |
| 64. -- | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 65. DIAGEO PLC | A | Dividend | J | T | | | | | |
| 66. Digital Realty Trust Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/21/18 | J | | |
| 67. Walt Disney Co. | A | Dividend | J | T | Buy<br>(add'l) | 12/21/18 | J | | |
| 68. Dominion Res. Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/08/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dow DuPont | A | Dividend | K | T | Sold (part) | 11/30/18 | J | | |
| 70. Duke Energy Corp. | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 71. -- | | | | | Buy (add'l) | 04/05/18 | J | | |
| 72. Ecolab Inc. | A | Dividend | J | T | | | | | |
| 73. Enbridge Inc. | A | Dividend | J | T | Buy (add'l) | 06/29/18 | J | | |
| 74. Exxon Mobil Corp. | A | Dividend | K | T | Buy (add'l) | 03/01/18 | J | | |
| 75. FNF Group | A | Dividend | J | T | | | | | |
| 76. Fastenal Co. | A | Dividend | J | T | | | | | |
| 77. General Mills Co. | A | Dividend | | | Sold | 11/30/18 | J | | |
| 78. GlaxoSmithKline PLC | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 79. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 80. Kraft Heinz Co. | A | Dividend | J | T | Sold (part) | 11/30/18 | J | | |
| 81. -- | | | | | Buy (add'l) | 12/31/18 | J | | |
| 82. Intel Corp. | A | Dividend | J | T | Sold (part) | 01/03/18 | J | A | |
| 83. International Paper Co. | A | Dividend | J | T | | | | | |
| 84. Iron Mountain Inc. | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 85. Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 01/16/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -- | | | | | Buy<br>(add'l) | 06/19/18 | J | | |
| 87.  -- | | | | | Sold<br>(part) | 12/14/18 | J | A | |
| 88.  Kimberly-Clark Corp. | A | Dividend | J | T | Sold<br>(part) | 01/11/18 | J | | |
| 89.  -- | | | | | Sold<br>(part) | 01/24/18 | J | | |
| 90.  -- | | | | | Sold<br>(part) | 08/29/18 | J | | |
| 91.  -- | | | | | Sold<br>(part) | 08/30/18 | J | | |
| 92.  Kinder Morgan Inc. | A | Dividend | J | T | Buy<br>(add'l) | 06/18/18 | J | | |
| 93.  Linde PLC | A | Dividend | K | T | Open | 10/31/18 | K | | |
| 94.  Martin Marietta | A | Dividend | J | T | | | | | |
| 95.  McDonald's | A | Dividend | J | T | | | | | |
| 96.  Merck & Co. Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 97.  -- | | | | | Sold<br>(part) | 04/05/18 | J | A | |
| 98.  -- | | | | | Sold<br>(part) | 04/19/18 | J | A | |
| 99.  -- | | | | | Sold<br>(part) | 05/07/18 | J | A | |
| 100.  -- | | | | | Sold<br>(part) | 06/19/18 | J | A | |
| 101.  -- | | | | | Sold<br>(part) | 06/22/18 | J | A | |
| 102.  MetLife Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Buy (add'l) | 12/27/18 | J | | |
| 104. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 105. National Grid PLC | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 106. -- | | | | | Sold (part) | 11/30/18 | J | | |
| 107. Nestle | A | Dividend | K | T | Buy (add'l) | 09/27/18 | J | | |
| 108. -- | | | | | Buy (add'l) | 10/04/18 | J | | |
| 109. -- | | | | | Sold (part) | 07/09/18 | J | A | |
| 110. Nextera Energy Inc. | A | Dividend | J | T | | | | | |
| 111. Northern Trust Corp. | A | Dividend | J | T | | | | | |
| 112. PPL Corp. | A | Dividend | J | T | Buy (add'l) | 04/05/18 | J | | |
| 113. -- | | | | | Sold (part) | 11/30/18 | J | | |
| 114. PPG Indus. Inc. | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | |
| 115. Paychex Inc. | A | Dividend | J | T | | | | | |
| 116. Pepsico Inc. | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 117. -- | | | | | Sold (part) | 08/07/18 | J | A | |
| 118. -- | | | | | Buy (add'l) | 08/08/18 | J | | |
| 119. -- | | | | | Sold (part) | 11/15/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -- | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 121.  Pfizer Inc. | A | Dividend | K | T | Buy<br>(add'l) | 06/19/18 | J | | |
| 122.  -- | | | | | Buy<br>(add'l) | 06/22/18 | J | | |
| 123.  -- | | | | | Buy<br>(add'l) | 07/26/18 | J | | |
| 124.  -- | | | | | Sold<br>(part) | 11/14/18 | J | A | |
| 125.  -- | | | | | Sold<br>(part) | 11/16/18 | J | B | |
| 126.  Philip Morris | A | Dividend | J | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 127.  -- | | | | | Buy<br>(add'l) | 04/05/18 | J | | |
| 128.  -- | | | | | Buy<br>(add'l) | 04/19/18 | J | | |
| 129.  -- | | | | | Buy<br>(add'l) | 06/19/18 | J | | |
| 130.  -- | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 131.  Praxair Inc. | A | Dividend | | | Buy<br>(add'l) | 01/24/18 | J | | |
| 132.  -- | | | | | Buy<br>(add'l) | 02/06/18 | J | | |
| 133.  -- | | | | | Buy<br>(add'l) | 10/12/18 | J | | |
| 134.  -- | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 135.  -- | | | | | Merged<br>(with line 93) | 10/31/18 | K | | |
| 136.  Procter & Gamble Co. | A | Dividend | K | T | Buy<br>(add'l) | 01/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Progressive Corp. | A | Dividend | K | T | Sold<br>(part) | 10/16/18 | J | C | |
| 138.  Raytheon Co. | A | Dividend | J | T | Buy<br>(add'l) | 10/26/18 | J | | |
| 139.  -- | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 140.  Rayonier Inc. | A | Dividend | J | T | | | | | |
| 141.  Realty Income Corp. | A | Dividend | J | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 142.  Sanofi | A | Dividend | | | Buy<br>(add'l) | 01/08/18 | J | | |
| 143.  -- | | | | | Sold<br>(part) | 08/08/18 | J | | |
| 144.  -- | | | | | Sold | 08/13/18 | J | | |
| 145.  Schlumberger Ltd. | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 146.  -- | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 147.  The Southern Co. | B | Dividend | K | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 148.  -- | | | | | Buy<br>(add'l) | 01/17/18 | J | | |
| 149.  -- | | | | | Buy<br>(add'l) | 01/30/18 | J | | |
| 150.  Sysco Corp. | A | Dividend | J | T | Sold<br>(part) | 07/30/18 | J | B | |
| 151.  Texas Instruments Inc. | A | Dividend | J | T | | | | | |
| 152.  3M Co. | A | Dividend | K | T | | | | | |
| 153.  Time Warner Inc. | A | Dividend | | | Merged<br>(with line 40) | 06/15/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Travelers Cos. Inc. | A | Dividend | J | T | | | | | |
| 155.  Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 156.  UPS | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 157.  -- | | | | | Buy (add'l) | 03/01/18 | J | | |
| 158.  -- | | | | | Buy (add'l) | 08/13/18 | J | | |
| 159.  -- | | | | | Buy (add'l) | 11/09/18 | J | | |
| 160.  -- | | | | | Buy (add'l) | 11/14/18 | J | | |
| 161.  -- | | | | | Buy (add'l) | 12/03/18 | J | | |
| 162.  United Health Group Inc. | A | Dividend | J | T | | | | | |
| 163.  Ventas Inc. | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 164.  -- | | | | | Buy (add'l) | 03/01/18 | J | | |
| 165.  -- | | | | | Buy (add'l) | 12/07/18 | J | | |
| 166.  Verizon Communications | B | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 167.  -- | | | | | Sold (part) | 08/13/18 | J | A | |
| 168.  -- | | | | | Sold (part) | 09/20/18 | J | A | |
| 169.  -- | | | | | Sold (part) | 12/03/18 | J | A | |
| 170.  -- | | | | | Buy (add'l) | 12/19/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vodafone Group PLC | B | Dividend | | | Sold (part) | 01/17/18 | J | | |
| 172. -- | | | | | Buy (add'l) | 09/25/18 | J | | |
| 173. -- | | | | | Sold | 11/30/18 | J | | |
| 174. Waste Management Inc. | A | Dividend | J | T | | | | | |
| 175. WEC Energy Group Inc. | A | Dividend | J | T | | | | | |
| 176. Welltower Inc. | A | Dividend | J | T | Buy (add'l) | 01/17/18 | J | | |
| 177. -- | | | | | Sold (part) | 03/21/18 | J | | |
| 178. Weyerhaeuser Co. | A | Dividend | J | T | Sold (part) | 06/22/18 | J | A | |
| 179. -- | | | | | Sold (part) | 11/30/18 | J | | |
| 180. -- | | | | | Buy (add'l) | 12/31/18 | J | | |
| 181. Abbvie Inc. | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 182. -- | | | | | Sold (part) | 01/30/18 | J | B | |
| 183. -- | | | | | Sold (part) | 03/01/18 | J | A | |
| 184. -- | | | | | Sold (part) | 03/21/18 | J | A | |
| 185. -- | | | | | Buy (add'l) | 07/26/18 | J | | |
| 186. -- | | | | | Buy (add'l) | 08/20/18 | J | | |
| 187. -- | | | | | Buy (add'l) | 11/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- | | | | | Buy (add'l) | 11/16/18 | J | | |
| 189. -- | | | | | Buy (add'l) | 12/03/18 | J | | |
| 190. -- | | | | | Buy (add'l) | 12/07/18 | J | | |
| 191. Astrazeneca PLC | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 192. -- | | | | | Sold (part) | 03/01/18 | J | | |
| 193. -- | | | | | Sold (part) | 05/07/18 | J | A | |
| 194. -- | | | | | Sold (part) | 08/13/18 | J | A | |
| 195. -- | | | | | Sold (part) | 08/20/18 | J | A | |
| 196. -- | | | | | Sold (part) | 12/03/18 | J | A | |
| 197. Bank of America Corp. | A | Dividend | J | T | Buy (add'l) | 10/26/18 | J | | |
| 198. -- | | | | | Buy (add'l) | 12/19/18 | J | | |
| 199. Blackrock Inc. | A | Dividend | J | T | Sold (part) | 05/03/18 | J | A | |
| 200. -- | | | | | Buy (add'l) | 12/27/18 | J | | |
| 201. Broadridge Financial Solutions | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 202. Crown Castle Intl Corp. | A | Dividend | K | T | Sold (part) | 01/08/18 | J | A | |
| 203. -- | | | | | Buy (add'l) | 12/03/18 | J | | |
| 204. -- | | | | | Buy (add'l) | 12/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Graco Inc. | A | Dividend | J | T | | | | | |
| 206.  Mondelez Intl | A | Dividend | J | T | | | | | |
| 207.  Occidental Pete Corp. | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 208.  -- | | | | | Buy (add'l) | 04/05/18 | J | | |
| 209.  -- | | | | | Sold (part) | 06/19/18 | J | A | |
| 210.  -- | | | | | Sold (part) | 07/26/18 | J | A | |
| 211.  Pentair PLC | A | Dividend | | | Sold (part) | 04/19/18 | J | A | |
| 212.  -- | | | | | Sold | 05/03/18 | J | A | |
| 213.  Total S.A. Spons. ADR | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 214.  -- | | | | | Sold (part) | 06/19/18 | J | A | |
| 215.  -- | | | | | Sold (part) | 06/22/18 | J | A | |
| 216.  -- | | | | | Sold (part) | 07/26/18 | J | A | |
| 217.  -- | | | | | Sold (part) | 09/25/18 | J | A | |
| 218.  Zoetis Inc. | A | Dividend | J | T | Sold (part) | 12/04/18 | J | B | |
| 219.  AFLAC Inc. | A | Dividend | | | Sold | 04/05/18 | J | A | |
| 220.  AT&T Inc. PFD | B | Dividend | K | T | Buy | 03/27/18 | K | | |
| 221.  Bank of America PFD | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Becton PFD | B | Dividend | K | T | | | | | |
| 223.  Black Knight | | None | J | T | | | | | |
| 224.  British American Tob. | A | Dividend | | | Sold | 11/30/18 | J | | |
| 225.  CDN Imp. BK | A | Dividend | | | Sold | 11/30/18 | J | | |
| 226.  Ebay Inc. PFD | B | Dividend | K | T | | | | | |
| 227.  General Motors Co. | A | Dividend | J | T | | | | | |
| 228.  Goldman Sachs PFD | A | Dividend | K | T | | | | | |
| 229.  Healthcare TR Amer. | A | Dividend | J | T | | | | | |
| 230.  IShares Select | C | Dividend | L | T | Sold<br>(part) | 01/08/18 | K | A | |
| 231.  -- | | | | | Buy<br>(add'l) | 11/30/18 | L | | |
| 232.  -- | | | | | Sold<br>(part) | 12/31/18 | K | | |
| 233.  Intl Flavors & Fragrance PFD | | None | K | T | Buy | 10/02/18 | K | | |
| 234.  JP Morgan PFD | B | Dividend | K | T | | | | | |
| 235.  Mastercard | A | Dividend | J | T | Sold<br>(part) | 12/04/18 | J | B | |
| 236.  McCormick & Co. | A | Dividend | | | Sold<br>(part) | 10/02/18 | J | A | |
| 237.  -- | | | | | Sold<br>(part) | 11/15/18 | J | A | |
| 238.  -- | | | | | Sold | 12/19/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PNC Fin. Svs. PFD | B | Dividend | K | T | | | | | |
| 240. Phillips 66 | A | Dividend | J | T | | | | | |
| 241. Polaris Indus. | A | Dividend | J | T | | | | | |
| 242. Public Storage Inc. | A | Dividend | | | Sold (part) | 01/08/18 | J | | |
| 243. -- | | | | | Sold (part) | 12/03/18 | J | A | |
| 244. -- | | | | | Sold (part) | 12/07/18 | J | A | |
| 245. -- | | | | | Sold | 12/13/18 | J | A | |
| 246. Public SVC | A | Dividend | | | Sold (part) | 07/26/18 | J | A | |
| 247. -- | | | | | Sold (part) | 11/09/18 | J | A | |
| 248. -- | | | | | Sold | 11/14/18 | J | A | |
| 249. Qwest Corp. PFD | C | Dividend | | | Redeemed | 09/04/18 | K | A | |
| 250. SPDR Trust | A | Dividend | | | Sold | 01/12/18 | J | A | |
| 251. Stanley Black & Decker PFD | B | Dividend | K | T | Buy | 02/02/18 | K | | |
| 252. U.S. Bancorp New | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 253. -- | | | | | Buy (add'l) | 02/06/18 | J | | |
| 254. -- | | | | | Buy (add'l) | 03/26/18 | J | | |
| 255. -- | | | | | Buy (add'l) | 04/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -- | | | | | Buy<br>(add'l) | 04/19/18 | J | | |
| 257.  -- | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 258.  U.S. Bancorp PFD | B | Dividend | K | T | Buy | 02/02/18 | K | | |
| 259.  Visa Inc. Class A | A | Dividend | J | T | | | | | |
| 260.  Williams Cos. Inc. | A | Dividend | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 261.  -- | | | | | Sold | 11/30/18 | J | | |
| 262.  American Intl Group Inc. | A | Dividend | J | T | Buy | 12/09/18 | J | | |
| 263.  -- | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 264.  Cisco Systems Inc. | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 265.  -- | | | | | Buy<br>(add'l) | 12/11/18 | J | | |
| 266.  Colony Northstar Inc. | A | Dividend | | | Buy | 01/08/18 | J | | |
| 267.  -- | | | | | Sold | 04/06/18 | J | | |
| 268.  Gilead Sciences Inc. | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 269.  -- | | | | | Buy<br>(add'l) | 03/19/18 | J | | |
| 270.  -- | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 271.  -- | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 272.  -- | | | | | Buy<br>(add'l) | 12/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Huntington Bancshres | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 274. -- | | | | | Buy<br>(add'l) | 12/07/18 | J | | |
| 275. Investco | A | Dividend | | | Buy | 06/19/18 | J | | |
| 276. -- | | | | | Buy<br>(add'l) | 06/22/18 | J | | |
| 277. -- | | | | | Buy<br>(add'l) | 07/26/18 | J | | |
| 278. -- | | | | | Sold | 11/30/18 | J | | |
| 279. NVent Elect. PLC | | None | | | Buy | 05/02/18 | J | | |
| 280. -- | | | | | Distributed | 05/30/18 | J | A | |
| 281. NXP Semiconductors | A | Dividend | J | T | Buy | 08/29/18 | J | | |
| 282. -- | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 283. -- | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 284. PNC Fin. Services Group | A | Dividend | J | T | Buy | 05/03/18 | J | | |
| 285. -- | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 286. -- | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 287. -- | | | | | Buy<br>(add'l) | 10/16/18 | J | | |
| 288. -- | | | | | Buy<br>(add'l) | 11/14/18 | J | | |
| 289. -- | | | | | Buy<br>(add'l) | 12/03/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  SPDR S&P 500 Trust | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 291.  Suncorp Energy Inc. | A | Dividend | | | Buy | 04/05/18 | J | | |
| 292.  -- | | | | | Buy (add'l) | 04/06/18 | J | | |
| 293.  -- | | | | | Sold | 09/26/18 | J | A | |
| 294.  Tiffany & Co. | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 295.  -- | | | | | Buy (add'l) | 12/21/18 | J | | |
| 296.  Vulcan Materials Co. | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 297.  -- | | | | | Buy (add'l) | 10/26/18 | J | | |
| 298.  -- | | | | | Buy (add'l) | 10/30/18 | J | | |
| 299.  -- | | | | | Buy (add'l) | 12/13/18 | J | | |
| 300.  -- | | | | | Buy (add'l) | 12/14/18 | J | | |
| 301.  -- | | | | | Buy (add'l) | 12/20/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan N. Bloch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544